UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**DENNIS MELANCON, INC., et al**                              **CIVIL ACTION**

**VERSUS**                                                                      **NO: 12-1337, c/w 12-1909
and 12-1964-EEF-SS**

**THE CITY OF NEW ORLEANS**

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the parties to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that: (1) the motion of the defendant, the City of New Orleans, Pura Bascos, in her official capacity as the Director of Department of Safety and Permits for the City of New Orleans, and Malachi Hull, in his official capacity as the Deputy Director of the Department of Safety and Permits and Director of the Taxicab and For Hire Vehicle Bureau for the City of New Orleans (collectively, "the City"), for costs and attorneys' fees (Rec. doc. 81) is GRANTED in PART and DENIED in PART; (2) the motion for costs is GRANTED; and (3) the motion for attorneys' fees is DENIED.

New Orleans, Louisiana, this 14th day of February, 2013.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE