UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENNIS MELANCON, INC., ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **versus** | * | **No. 12-1337** |
| | * | |
| **CITY OF NEW ORLEANS** | * | **SECTION "L" (1)** |

## ORDER

On September 27, 2012, Plaintiff Marion Savain filed a Motion to Clarify Order (Rec. Doc. 66) and a Motion for Reconsideration (Rec. Doc. 67). First, Savain asked the Court to clarify, or modify, the order that was issued on August 20, 2012. In that order, this Court denied the preliminary injunction and dissolved the Temporary Restraining Order as to Sections 162-58, 162-380, 162-609, 162-657, 162-659, 162-660, 162-661 and 162-613 of the Municipal Code of Ordinance. Savain claimed that the required GPS equipment was not available to Plaintiffs and the date of compliance was approaching. Therefore, Savain asked the Court to reinstate the preliminary injunction as to the GPS requirement. Savain also filed a Motion for Reconsideration. Savain ask the Court to reinstate the preliminary injunction with respect to the GPS requirement because this requirement represented an impermissible invasion of privacy.

The Court's order was appealed to the United States Court of Appeals for the Fifth Circuit. On December 21, 2012, the Fifth Circuit affirmed this Court's order insofar as it denied the preliminary injunction as to the above ordinances. Thereafter, Plaintiffs were forced to comply with the ordinances. Accordingly,

**IT IS ORDERED** that the Motion to Clarify Order (Rec. Doc. 66) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Motion for Reconsideration (Rec. Doc. 67) is **DENIED**.

New Orleans, Louisiana, this 1st day of November, 2013.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE